## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| STEPHANIE NEELEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.   14-cv-1413 |
| | ) |
| BRIDGESTONE AMERICAS TIRE | ) |
| OPERATIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This matter is before the Court on Magistrate Judge Hawley's Report & Recommendation ("R&R") (Doc. 22) recommending that Plaintiff's Complaint be dismissed for failure to prosecute and for failure to comply with a Court order pursuant to Federal Rule of Civil Procedure 41(b).

The parties were notified that failure to object to Judge Hawley's November 3, 2015 R&R within fourteen days after service of the R&R would constitute a waiver of any objections. (Doc. 21). *See* 28 U.S.C. § 636(b)(1); *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Lorentzen v. Anderson Pest Control*, 64 F3d 327, 330 (7th Cir. 1995). Objections to the R&R were due by November 17, 2015, and none were made. This Court has reviewed the R&R, and will adopt it in its entirety.

IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of the Magistrate Judge (Doc. 22) in full. Thus, Plaintiff's

Complaint is dismissed for failure to prosecute and for failure to comply with a Court order pursuant to Federal Rule of Civil Procedure 41(b).

Entered this 18th day of November, 2015.

                                                s/Joe B. McDade
                                                JOE BILLY McDADE
                                       United States Senior District Judge